No. 276.   ELKINS ET AL. *v.* LAND TITLE BANK & TRUST Co. ET AL.; and

No. 277.   DE GUIGNE ET AL. *v.* LAND TITLE BANK & TRUST Co. ET AL.   Appeals from the Supreme Court of Pennsylvania.   Decided October 11, 1937.   *Per Curiam:* The motion of the appellees to dismiss the appeals is granted and the appeals are dismissed (1) for the want of a properly presented federal question, *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Mississippi Central R. Co.* v. *Aultman,* 296 U. S. 537; and (2) for the reason that the judgments sought herein to be reviewed are based upon a non-federal ground adequate to support them, *Henderson Bridge Co.* v. *Henderson City,* 141 U. S. 679, 688; *McCoy* v. *Shaw,* 277 U. S. 302, 303; *Southern Nebraska Power Co.* v. *Nebraska,* 299 U. S. 520.   *Mr. Frank G. Raichle* for appellants.   *Messrs. Robert Brigham* and *W. W. Montgomery, Jr.,* for appellees.   Reported below: 325 Pa. 373; 190 Atl. 650.

No. 296.   POTTER, ADMINISTRATRIX, *v.* YOUNG ET AL. Appeal from the Supreme Court of Arkansas.   Decided October 11, 1937.   *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question.   *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Mississippi Central R. Co.* v. *Aultman,* 296 U. S. 537.   *Mr. Osborne W. Garvin* for appellant.   *Mr. Thomas S. Buzbee* for appellees.